E-FILED: **4/28/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HISHAM YAHIA ABDALLA,<br><br>    Defendant. | CASE NO. CV 10-240-GHK (MLGx)<br><br>JUDGMENT |

Pursuant to our April 28, 2010 Order issued concurrently herewith, this action is **DISMISSED without prejudice** against Defendant Hisham Yahia Abdalla.

**IT IS SO ORDERED**.

DATED: April 28, 2010

_____
GEORGE H. KING
United States District Judge